# SPIVAKLIPTON<sub>LLP</sub>

ATTORNEYS AT LAW

Nicholas J. Johnson
njohnson@spivaklipton.com
1040 6th Avenue, 20th Floor
New York, NY 10018
T 212.765.2100
F 212.765.8954
spivaklipton.com

June 21, 2022

**Via ECF**
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007



Re:   **Trustees of the AGMA Retirement Plan v. New York City Opera, Inc.
       Case No. 1:22-cv-03211 (KPF)**

Dear Judge Failla:

    This firm represents Plaintiffs in the above-referenced case. Pursuant to Rule 2.D of Your Honor's Individual Rules of Practice in Civil Cases, I write to request an extension of the June 26, 2022 deadline to move for default judgment. (<u>See</u> ECF No. 13.) Plaintiffs request a 15-day extension of the deadline to July 11, 2022. This is the first request for an extension of this deadline.

    Plaintiffs request this extension to ensure Plaintiffs' counsel will have sufficient time to finish preparing the papers necessary to move for default judgment in accordance with Your Honor's individual rules. Plaintiffs' counsel had a previously-scheduled vacation from June 3-12 and subsequently contracted Covid-19. Plaintiffs have not contacted Defendant concerning this request because Defendant has not entered an appearance in this matter and has defaulted.

    Thank you for the Court's consideration.

Respectfully submitted,

SPIVAK LIPTON LLP

Nicholas J. Johnson
*Counsel for Plaintiffs*

Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket entry 14.

Dated:  June 22, 2022           SO ORDERED.
        New York, New York

                                *(signature)* Katherine Polk Failla

                                HON. KATHERINE POLK FAILLA
                                UNITED STATES DISTRICT JUDGE