UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE AGMA
RETIREMENT PLAN,

                      Plaintiff,

           -v.-

NEW YORK CITY OPERA, INC.,

                     Defendant.

22 Civ. 3211 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    Due to the Court's trial calendar, the show cause hearing in this matter currently scheduled for today at 3:30 p.m. is hereby ADJOURNED to today at **4:30 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

    SO ORDERED.

Dated:   August 23, 2022
             New York, New York

                                                        KATHERINE POLK FAILLA
                                                        United States District Judge