UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE AGMA RETIREMENT PLAN,<br><br>      Plaintiffs,<br><br>     -v.-<br><br>NEW YORK CITY OPERA, INC.,<br><br>      Defendant. | 22. Civ. 3211 (KPF)<br><br>**DEFAULT JUDGMENT** |

KATHERINE POLK FAILLA, District Judge:

  This action having been commenced on April 20, 2022 by filing of the Summons and Complaint, and a copy of the Summons and Complaint having been duly served on Defendant New York City Opera, Inc. ("NYCO") by personal service on April 29, 2022, and by service on the Office of the Secretary of State of New York on April 26, 2022, and Defendant NYCO not having answered the Complaint, the time for answering the Complaint having expired, and the Clerk of Court having issued a Certificate of Default as to Defendant NYCO, it is:

  ORDERED, ADJUDGED, AND DECREED that Plaintiffs have judgment in their favor against Defendant NYCO for unpaid benefit contributions in the amount of $30,264.21; with interest accruing at the prime lending rate of M&T Bank plus two percent, to be calculated from the date each contribution was due through July 1, 2022, in the amount of $6,322.56; liquidated damages on the unpaid contributions in the amount of $6,322.56; attorneys' fees incurred in this action in the amount of $5,386.50; plus costs incurred in this action in the amount of $489.50; amounting to a total of $48,785.33.

SO ORDERED.

Dated:  New York, New York
        August 24, 2022

                                                              Hon. Katherine Polk Failla
                                                              United States District Judge